# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3062 | **DATE** | 5/29/2008 |
| **CASE TITLE** | John E. Funches vs. Chas Levy Circulating Co. LLC | | |

**DOCKET ENTRY TEXT**

Status hearing set for 7/29/2008 at 9:00 a.m. Plaintiff's counsel is directed to advise the court within 14 days that he has registered for e-filing training.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|