U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                        Case Number: 08C 3062
John E. Funches, Plaintiff

v.

Chas Levy Circulating Co. LLC, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chas Levy Circulating Co. LLC, Defendant

| | |
|---|---|
| NAME (Type or print) <br> Andrew J. Martone | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Andrew J. Martone | |
| FIRM <br> Bobroff, Hesse, Lindmark & Martone, P.C. | |
| STREET ADDRESS <br> 1650 Des Peres Road, Suite 200 | |
| CITY/STATE/ZIP <br> St. Louis, MO 63131 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06203524 | TELEPHONE NUMBER <br> 314-862-0300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |