IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN E. FUNCHES, )
 )
    Plaintiff, )
 )
 ) Cause No. 08C 3062
and )
 )
 )
CHAS. LEVY CIRCULATING CO. LLC, )
 )
Defendant. )

## Report of Parties Planning Meeting

1. **Meeting.** Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on August 6, 2008 and was attended by William V. Saracco for the Plaintiff and Andrew J. Martone for the Defendant.

2. **Pre-trial schedule.** The parties jointly propose to the court the following discovery plan:

    a.    Discovery will be needed on the following subjects: discipline and discharge of the Plaintiff; Plaintiff's work performance; the alleged discrimination; Plaintiff's allegations of being treated differently than similarly situated employees.

    b.    Disclosures pursuant to Fed.R.Civ.P 26(a)(1) to be made by September 15, 2008. All discovery to be commenced in time to be completed by January 1, 2008.

    c.    The parties expect they will need approximately 10 depositions.

    d.    Reports from retained experts under Rule 26(a)(2) due:
-from Plaintiff by January 15, 2008
-from Defendant by February 16, 2009

    e.    Parties should be allowed until January 16, 2009 to join additional parties and to amend the pleadings.

    f.    All potentially dispositive motions should be filed by February 2, 2009.

    g.    Final pretrial order: Plaintiff to prepare proposed draft by May 14, 2009; parties to file joint final pretrial order by May 21, 2009.

    h.    The case should be ready for trial by June, 2009 and at this time is expected to take approximately 2 days.

3. **Settlement.** At least 14 days prior to the Rule 16(b) scheduling conference, plaintiff(s) is directed to make a written settlement demand to the defendant(s). At least 7 days prior to the scheduling conference defendant(s) is to respond in writing to the plaintiff's settlement demand.

4. **Consent.** Parties do not consent unanimously to proceed before a Magistrate Judge.

Date: August 7, 2008

Respectfully and jointly submitted,

WILLIAM V. SARACCO

By: /s/ William V. Saracco
William V. Saracco, # 6204253
Attorney at Law
161 North Clark Street, Suite 4700
Chicago, IL 60601
Tel: (312) 523-2064
Fax: (312) 523-2001
w.saracco@comcast.net

*Attorney for Plaintiff John E. Funches*

And

BOBROFF, HESSE, LINDMARK
& MARTONE, P.C.

By: /s/ Andrew J. Martone
Andrew J. Martone, #06203524
1650 Des Peres Road, Suite 200
St. Louis, MO 63131
Tel: (314) 862-0300
Fax: (314) 862-7010
E-mail: anydmartone@bobroffhesse.com
*Attorneys for Defendant
Chas. Levy Circulating Co. LLC*