UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

John E Funches
                       Plaintiff,

v.                                                      Case No.: 1:08−cv−03062
                                                           Honorable Rebecca R. Pallmeyer

Chas Levy Circulating Co. LLC
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 11, 2008:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Discovery hearing held on 8/11/2008. Rule 26(a)(1) disclosures to be made by 9/15/2008. Plaintiff is given to and including 1/16/2009 to amend all pleadings, and to 1/16/2009 to add any additional parties. Defendant is given to and including 1/16/2009 to amend all pleadings, and to 1/16/2009 to add any additional parties. Plaintiff shall comply with FRCP(26)(a)(2) by 1/15/2009. Defendant shall comply with FRCP(26)(a)(2) by 2/16/2009. Discovery ordered closed by 1/2/2009. Dispositive motions with supporting memoranda due by 2/2/2009. Plaintiff to prepare proposed PTO draft by 5/14/2009; Joint Final Pretrial Order due by 5/21/2009. Status hearing set for 10/15/2008 at 09:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.