UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN E. FUNCHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 08C-3062 |
| CHAS. LEVY CIRCULATING | ) |
| CO. LLC. | ) |
| | ) |
| Defendant. | ) |

**AMENDED DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Defendant Chas. Levy Circulating Co. LLC hereby gives notice that the following corporate interests are disclosed and amends its Disclosure of Corporation Interests previously filed on July 24, 2008:

1. The parent company of the corporation:

    Source Interlink Companies, Inc.

2. Subsidiaries not wholly owned by the corporation:

    None

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

    Source Interlink Companies, Inc.

Respectfully submitted,

BOBROFF, HESSE, LINDMARK
 & MARTONE, P.C.


By: /s/ Andrew J. Martone

Andrew J. Martone, #06203524
1650 Des Peres Road, Suite 200
St. Louis, MO 63131
Tel: (314) 862-0300
Fax: (314) 862-7010
E-mail: andymartone@bobroffhesse.com

Attorneys for Defendant
Chas. Levy Circulating Co. LLC


**CERTIFICATE OF SERVICE**

A copy of the foregoing was served electronically via the Court's electronic filing system this 12th day of August, 2008 on:


William V. Saracco
Attorney at Law
161 N. Clark Street, Suite 4700
Chicago, IL 60601


/s/ Andrew J. Martone