# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 08C-3062 |
|---|---|---|

JOHN E. FUNCHES,
      Plaintiff,
v.
CHAS. LEVY CIRCULATING
CO. LLC.
      Defendant.

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

CHAS. LEVY CIRCULATING CO. LLC.

| |
|---|
| NAME (Type or print) Katrina Y. Morgan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/Katrina Y. Morgan |
| FIRM Bobroff Hesse Lindmark & Martone, P.C. |
| STREET ADDRESS 1650 Des Peres Rd, Suite 200 |
| CITY/STATE/ZIP St. Louis, MO 63131 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>60166 (MO)  200461 (CA) | TELEPHONE  NUMBER  314.862.0300 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
|  RETAINED COUNSEL          APPOINTED COUNSEL |