IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN E. FUNCHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| and | ) Case No. 08C-3062 |
| | ) |
| CHAS. LEVY CIRCULATING | ) |
| CO. LLC. | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 2, 2008, a copy of Defendant's

**Supplemental Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1)** were served

via e-mail and U.S first-class mail, postage paid, to the following:

William V. Saracco
Attorney at Law
161 North Clark Street
Suite 4700
Chicago, IL 60601
w.saracco@comcast.net

    Respectfully submitted,

    BOBROFF, HESSE, LINDMARK
    & MARTONE, P.C.

    By:     /s/ Andrew J. Martone

    Andrew J. Martone, #06203524
    1650 Des Peres Road, Suite 200
    St. Louis, MO  63131
    Tel:  (314) 862-0300
    Fax:  (314) 862-7010
    E-mail: andymartone@bobroffhesse.com
    *Attorneys for Defendant, Chas. Levy Circulating Co., LLC*